PROB. 12B
(7/93)

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 3 0 2006

at __9__ o'clock and __57__ min __A__ M
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: EDWARD S.C. YUN        Case Number: CR 02-00175SOM-09

Name of Sentencing Judicial Officer:    The Honorable Susan Oki Mollway
                                        U.S. District Court Judge

Date of Original Sentence: 11/3/2003

Original Offense:    Count 1: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE IN EXCESS OF 50 GRAMS OF METHAMPHETAMINE, in violation of 21 U.S.C. § 846

Original Sentence:    Thirty (30) months imprisonment and a term of five (5) years supervised release with the following special conditions 1) That the defendant participate in substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited form possessing any illegal or dangerous weapons; 3) That the defendant provide the Probation Office access to any financial information and; 4) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Type of Supervision: Supervised Release    Date Supervision Commenced: 3/10/2006

### PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

**General Condition:**    That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of

Prob 12B
(7/93)

2

supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervised release, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day (mandatory condition).

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| General Condition | The subject's urine specimen submitted on 10/19/2006 tested positive for methamphetamine |

As background information, the offender has been on supervision for approximately eight (8) months. The offender was unemployed for approximately one (1) month before he was hired by Elite Mechanical Inc. The offender has maintained a stable residence throughout supervision. This is the offender's first positive drug test on supervision.

On 10/19/2006, the offender reported to Hina Mauka - Waipahu and submitted a urine specimen. The specimen tested presumptive positive for methamphetamine. On 10/20/2006, when questioned about the presumptive positive test, the offender denied using methamphetamine. The specimen was forwarded to Scientific Testing Laboratories, Inc. (STL), for confirmation testing and was subsequently, confirmed positive for methamphetamine and amphetamine. The offender was instructed to report to the Probation Office on 10/27/2006.

On 10/27/2006, the offender met with this officer. When questioned, the offender denied that he used methamphetamine. The offender reported that he was using a dietary supplement called "Ripped Fuel" and was unsure if the product caused a positive drug test result. On 11/8/2006, STL was contacted telephonically and confirmed that the product "Ripped Fuel" would not have caused the positive result for methamphetamine.

In response to the positive drug test, the offender was referred back to individual counseling and the frequency of his drug tests was increased. The offender completed his intake for counseling at Hina Mauka - Waipahu on 11/1/2006 and has been scheduled to attend individual counseling one time per week beginning on 11/17/2006.

The proposed special condition will serve as an intervention into the violation. The proposed condition is intended to facilitate random drug testing in light of U.S. vs. Stephens. It is respectfully recommended that the Court modify the conditions of supervision.

Prob 12B
(7/93)

3

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have expressed no objections to the proposed modification.

Respectfully submitted by,

JOYCE K. F. K. LUM
U.S. Probation Officer

Approved by:

GENE DeMELLO, Jr.
Supervising U.S. Probation Officer

Date: 11/22/2006

---

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  Other

SUSAN OKI MOLLWAY
U.S. District Judge

11/27/06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[✓]    To modify the conditions of supervision as follows:

**General Condition:**    *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervised release, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day (mandatory condition).*

Witness: _____    Signed: _____
JOYCE K.F.K. LUM                              EDWARD S.C. YUN
U.S. Probation Officer                          Supervised Releasee

11-20-06
Date