AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

ORIGINAL

65313 (handwritten)

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00175SOM-09 |
| EDWARD S.C. YUN | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST EDWARD S.C. YUN and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court, charging him or her with (brief description of offense)

Violation(s) of Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 0 2007

at 9 o'clock and 40 min A M
SUE BEITIA, CLERK

RECEIVED 2007 JAN 10 AM 8:59 U.S. MARSHALS SERVICE HONOLULU, HI

in violation of Title   United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Leila M. (signature) | January 9, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL   By: Susan Oki Mollway, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 1/10/2007 | NAME AND TITLE OF ARRESTING OFFICER Tony Cole DUSM | SIGNATURE OF ARRESTING OFFICER Tony Cole |
|---|---|---|
| Date of Arrest 1/22/07 | | |