# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/1/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00175SOM |
| CASE NAME: | USA vs. (09) Edward S.C. Yun |
| ATTYS FOR PLA: | Thomas Koenig |
| | Joyce Lum (USPO) |
| ATTYS FOR DEFT: | 09 David Klein |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 2/1/2007 | TIME: | 9:05 - 9:50 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (09) Edward S. C. Yung present and in custody.

Court recommends that it not proceed as to violation #1, and part of violation no. #3, in light of the 9th Circuit Stevens case - no objection by the parties.

Court further recommends that it not proceed as to part of violation no. 2 - no position by the government; and no objection by the defendant.

Violation no. 1 - withdrawn.

Defendant admits to violation nos. 2, 3, and 4; and admits to violation no. 5 with an explanation.

Court finds that there is sufficient evidence to support violation nos. 2, 3, 4, and 5, and the defendant has not met the conditions of supervised release.

Allocution by the defendant.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 4 Months.

Supervised Release: 56 Months.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter up to a maximum of 1 valid drug test per day.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.